435 A.2d 638

Commonwealth v. Henderson, Appellant.
Petition for Allowance of Appeal Denied Sept. 4, 1981.

Submitted November 14, 1980. John H. Corbett, Jr., for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and SHERTZ and WIEAND, JJ.

Judgment of sentence affirmed.

435 A.2d 638

Commonwealth v. Kessler, Appellant.

Submitted September 11, 1980. Thomas A. Natishyn, for appellant; Linda W. Miller, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, HESTER and CAVANAUGH, JJ.

The judgment of the lower court is affirmed.

CAVANAUGH, J., filed a memorandum concurring opinion.